955 A.2d 1011

**Walter CEO, Petitioner**

v.

**John KERESTES, Superintendent SCI Mahoney, District Attorney of the County of, Attorney General of the State of Pennsylvania, Respondents.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

206

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Habeas Corpus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.